**ORDERED ACCORDINGLY.**

Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

**Dated: August 13, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | In Proceeding Under |
| ) | Chapter 11 |
| John W. Hopkins ) | |
| ) | Case No. 09-02249 GBN |
| ) | |
| Debtor. ) | ORDER GRANTING DEBTOR'S |
| ) | MOTION TO ABANDON REAL |
| ) | PROPERTY |
| _____ ) | |

This matter comes before the Court on the Debtor's Motion to Abandon Real Property, the Court noting that the Motion was timely noticed out to all creditors and parties in interest, and no objections having been filed,

IT IS HEREBY ORDERED that the Debtor's Motion is GRANTED and that the following real property is ABANDONED from this estate:

        2694 North 43rd Avenue, #D, Phoenix, AZ
        2696 North 43rd Avenue, #B, Phoenix, AZ
        5238 North 42nd Lane, Phoenix, AZ

SIGNED AND DATED ABOVE