# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JOHN W. HOPKINS |
| **Case Number:** | 2:09-bk-02249-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 02:00 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) HEARING RE:  U.S. Trustee Motion to Convert or Dismiss or, in the alternative, Set Date Certain by Which Debtor will File a Plan of Reorganization and Disclosure Statement.
   **R / M #:**   73 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY AURORA LOAN SERVICES.(FR. 08-04, 09-03 & 10-05)
   **R / M #:**   38 / 0

## Appearances:

ELIZABETH C. AMOROSI, US TRUSTEE
ALLAN D. NEWDELMAN, ATTORNEY FOR JOHN W. HOPKINS
JESSICA R KENNEY, ATTORNEY FOR AURORA LOAN SERVICES

## Proceedings:

ITEM #2
MR. NEWDELMAN RELATES THAT AN ORDER WAS SIGNED THIS MORNING ALLOWING THE DEBTOR TWELVE MONTHS TO CURE.

MS. KENNEY CONFIRMS, ADDING THAT THERE IS NO NEED FOR A BACK UP HEARING.

THE COURT:  AN UPLOADED ORDER WILL BE SIGNED.

ITEM #1
MS. AMOROSI STATES THAT MR. NEWDELMAN HAS PROPOSED TO FILE A PLAN BY JANUARY.

A DISCUSSION ENSUES AS TO WHAT THE DIFFICULTY WAS WITH FILING THE REPORTS, WHICH MR. NEWDELMAN RESPONDS WAS THAT MR. HOPKINS IS ELDERLY AND NEEDS THE ASSISTANCE OF HIS DAUGHTER.  IT IS NOTED THAT THE FEES ARE CURRENT.

MS. AMOROSI SEEKS THAT AN ORDER INCLUDE LANGUAGE THAT THE OPERATING REPORTS REMAIN CURRENT OR DISMISSAL OR CONVERSION WILL OCCUR WITH A TEN DAY WRITTEN NOTICE.

THIS IS ACCEPTABLE BY MR. NEWDELMAN.  THE MISSING REPORTS CAN BE SUBMITTED BY NOVEMBER 15TH.

THE COURT:  SO ORDERED.  THE COURT WILL SIGN AN UPLOADED ORDER FROM MS. AMOROSI.