**ORDERED ACCORDINGLY.**

Dated: November 04, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOHN W. HOPKINS, | ) No. 2-09-BK-2249-GBN |
| | ) ORDER TO KEEP QUARTERLY |
| | ) FEES AND MONTHLY OPERATING |
| | ) REPORTS CURRENT AND SETTING |
| | ) DEADLINE FOR FILING PLAN |
| Debtor, | ) |

The United States Trustee's Motion to Convert of Dismiss ("Motion") came on for hearing on October 29, 2009. Based upon the agreement of the parties, and good cause therefor appearing,

IT IS HEREBY ORDERED that the debtor will keep current on the filing of monthly operating reports and the payment of quarterly fees and will file all outstanding reports by November 15, 2009;

IT IS FURTHER ORDERED that if the debtor should again become delinquent on quarterly fee payments or monthly operating reports, the United States Trustee can lodge an order dismissing this

case or converting it to one pending under Chapter 7, upon fifteen days written notice to the Debtor's counsel.

IT IS FURTHER ORDERED that the debtor will file a Plan of Reorganization and Disclosure Statement on or before January 31, 2010 and, if that deadline is not met, the United States Trustee may lodge an order converting or dismissing this case.

Date:_____

Honorable George B. Nielsen
United States Bankruptcy Court